**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**LAKE CHARLES DIVISION**

| | |
|---|---|
| **BUBBA JONATHAN WHITMAN** | **CASE NO. 2:26-CV-00833 SEC P** |
| **VERSUS** | **JUDGE JAMES D. CAIN, JR.** |
| **ANTHONY EAVES ET AL** | **MAGISTRATE JUDGE LEBLANC** |

**JUDGMENT**

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, determining that the findings are correct under the applicable law, and noting the absence of objections to the Report and Recommendation in the record;

**IT IS ORDERED, ADJUDGED AND DECREED** that the instant petition be **DENIED** and **DISMISSED WITH PREJUDICE** and that all pending motions be **DENIED AS MOOT**.

**THUS DONE AND SIGNED** in chambers this 5th day of August, 2026.

**JAMES D. CAIN, JR.**
**UNITED STATES DISTRICT JUDGE**